## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CRYSTAL S. S., | ) | Civil Action No: 1:23-cv-01595-DNH-CFH |
|     *Plaintiff*, | ) | |
| | ) | Hon. David N. Hurd |
| vs. | ) | United States District Judge |
| | ) | |
| MARTIN J. O'MALLEY, | ) | Hon. Christian F. Hummel |
| COMMISSIONER OF | ) | United States Magistrate Judge |
| SOCIAL SECURITY, | ) | |
|     *Defendant*. | ) | Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand and Proposed Order

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing; take further action to complete the administrative record; and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Martin J. O'Malley, | Crystal S. S., |
| Commissioner of | |
| Social Security, | |
| | |
| By His Attorneys, | By Her Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| */s/ Geoffrey M. Peters* | */s/ Rose Puanani Landau* [1] |
| Geoffrey M. Peters | Rose Puanani Landau, Esq. |
| Special Assistant United States Attorney | Legal Aid Society of |
| NDNY Bar Roll No. 704027 | Northeastern NY - Saratoga Springs |

---

[1] Signed by SAUSA Peters on behalf of Attorney Landau with consent obtained via email on April 2, 2024.

1

2

Social Security Administration  
6401 Security Boulevard  
Baltimore, MD 21235  
(212) 264-1298  
Geoffrey.Peters@ssa.gov

40 New Street  
Saratoga Springs, NY 12866  
518-587-5188  
rlandau@lasnny.org

IT IS SO ORDERED:

_____  
David N. Hurd  
U.S. District Judge

Dated: 04-04-2024