# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Crystal S. Stockigt**
       Plaintiff(s)

vs.                                            CASE NUMBER: 1:23-cv-1595 (DNH/CFH)

**Martin J. O'Malley**
**Commissioner of Social Security**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR REMAND: The parties stipulate that the Commissioners final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing; take further action to complete the administrative record; and issue a new decision.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated April 4, 2024.

DATED: April 4, 2024

_[signature]_
Clerk of Court

s/Kathy Rogers
Deputy Clerk