IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CRYSTAL S. S., | ) | Civil Action No: 1:23-cv-01595-DNH-CFH |
| *Plaintiff*, | ) | |
| | ) | Hon. David N. Hurd |
| vs. | ) | United States District Judge |
| | ) | |
| MARTIN J. O'MALLEY, | ) | Hon. Christian F. Hummel |
| COMMISSIONER OF | ) | United States Magistrate Judge |
| SOCIAL SECURITY, | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

### STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Geoffrey M. Peters, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Rose Puanani Landau, attorney for Plaintiff, that the Commissioner of Social Security pay to Plaintiff **attorney fees in the amount of $556.47,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.

The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: April 9, 2024

| | |
|---|---|
| Martin J. O'Malley, | Crystal S. S., |
| Commissioner of | |
| Social Security | |
| | |
| By His Attorneys, | By Her Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |

Crystal S. S. v. Commissioner, 1:23-cv-01595-DNH-CFH
*Stipulation and Order Awarding Attorney's Fees Under EAJA*

| | |
|---|---|
| */s/ Geoffrey M. Peters* | */s/ Rose Puanani Landau* [1] |
| Geoffrey M. Peters | Rose Puanani Landau, Esq. |
| Special Assistant United States Attorney | Legal Aid Society of Northeastern |
| NY Bar Roll No. 704027 | New York – Saratoga Springs |
| Social Security Administration | 40 New Street |
| Office of Program Litigation, Office 2 | Saratoga Springs, NY 12866 |
| Office of the General Counsel | Phone: 518-587-5188 |
| 6401 Security Blvd | rlandau@lasnny.org |
| Baltimore, MD 21235 | |
| Tel.: (617) 565-1849 | |

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 04-11-2024

---

[1] Signed by SAUSA Peters on Attorney Landau's behalf with consent obtained via email on April 9, 2024.