# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Crystal S. Stockigt**
        Plaintiff(s)

vs.                                        **CASE NUMBER: 1:23-cv-1595 (DNH/CFH)**

**Martin J. O'Malley**
**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR ALLOWANCE OF FEES UNDER EQUAL ACCESS TO JUSTICE AND COSTS UNDER 28 U.S.C. § 1920.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated April 11, 2024.

DATED: April 11, 2024

_John Domurad_
Clerk of Court

s/Kathy Rogers
Deputy Clerk